UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-cv-21204-CIV-SCOLA/GOODMAN

TERRA TOWERS CORP. and TBS
MANAGEMENT, S.A.,

    Plaintiffs,

v.

GELBER SCHACHTER & GREENBERG,
P.A., et al.,

    Defendants.
_____/

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

The Undersigned, to whom matters and motions in the above-styled case have been referred, recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a); the Court's Internal Operating Procedure, IOP 2.16.00; and Administrative Order 2022-6.

**DONE AND ORDERED** in Chambers, Miami, Florida, on June 14, 2022.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

2

In accordance with the Local Rules and Administrative Orders for the Southern District of Florida, this cause will be reassigned to the calendar of United States Magistrate Judge __**Melissa Damian**_____.

Copies of this order shall be served on all pending parties of record by notice of electronic filing and/or United States mail. All documents for filing in this case shall carry the following case number and designation: __**22-21204-CIV-SCOLA/DAMIAN**_____.

BY ORDER OF the Court on ____**June 14th**_____, 2022, Miami, Florida.

                                          ANGELA E. NOBLE
                                          Clerk of Court

                                                    **J. Conway**
                                      By: _____
                                                Deputy Clerk

**Copies furnished to:**
The Honorable Robert N. Scola, Jr.
All counsel of record